**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRAND ENGAGEMENT NETWORK, INC.<br><br>Plaintiffs,<br><br>-against-<br><br>AFG COMPANIES, INC.<br><br>Defendants. | 25-CV-2245 (CM) (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

On September 14, 2026, Judge McMahon referred this case to me for general pretrial purposes, including management of discovery disputes. Parties have filed several discovery letters on the docket since that time. The Court has reviewed ECF Nos. 79-85. In these letters, counsel have accused each other of contravening negotiated agreements (ECF 79 at 2), about-facing during negotiations (ECF 81 at 1), and filing motions on a day Defendant knew "Plaintiff's counsel would be out of office" (ECF 83 1).[1]

Parties are directed to meet and confer and file one joint status letter of no more than 5 pages on the docket that explains the overall status of discovery, what discovery remains, what the issue in the instant dispute is, and what agreements, if any, the parties have reached regarding the scope of the subpoenas. The joint status letter must also put your dispute in the context of discovery in the case overall. Parties should make a concerted effort to file a joint letter and to avoid argument.

[1] The Court is not aware of a rule that prohibits parties from filing motions when counsel is out of the office nor does Plaintiff make clear what impact this has had on his ability to litigate the case.

Parties are directed to file a letter of no more than five pages on the docket by **October 2, 2026.** The subpoena targets may, but are not required to, file a response to the joint status letter by **October 6, 2026.** The Court will review the parties' joint submission before ordering further action. The parties are directed not to file other motions on the docket while they are working on their joint status letter.

**SO ORDERED.**

*/s/ Ona T. Wang*

Dated: September 23, 2026
New York, New York

**Ona T. Wang**
United States Magistrate Judge