**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

BRAND ENGAGEMENT NETWORK, INC.,

Plaintiff,

-against-

AFG COMPANIES, INC.,

Defendant.

---------------------------------------------------------------x

25-cv-2245 (CM) (OTW)

**POST-CONFERENCE ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on November 5, 2026.

For the reasons discussed at the conference:

- Each "side" (AFG-affiliated parties and BEN-affiliated parties) may take up to 10 depositions. If either "side" needs to take more than 10 depositions each, they must first meet and confer. If they reach an impasse, they must inform the Court about the subject of their impasse and file a motion that includes clear arguments supported by case law and an explanation of how the discovery sought is relevant and proportional to the needs of the case. (*See* Rule 26(f) Report; ECF 107).
- The deadline to amend pleadings is **December 18, 2026.** (*See* Rule 26(f) Report; ECF 107).
- Plaintiff's motion to compel production from Fidelity is **DENIED**.

- Defendant's motion to quash the subpoena to Fidelity is **DENIED.**

- Defendant's motion for a protective order regarding Fidelity account statements is **GRANTED.** Defendant is directed to produce its Fidelity account statements redacted of information unrelated to BNAI transactions.

- Defendant is directed to produce Brewer's Goldman Sachs account statements redacted of information unrelated to BNAI transactions.

- Plaintiff's motion to compel production of communications between Fidelity and AFG/Brewer pertaining to BNAI trades and communications between Goldman Sachs and AFG/Brewer is **DENIED**.

- Discovery on the Lucas counter-counterclaims is **STAYED**.

Defendant's anticipated motion to dismiss on the Lucas counter-counterclaims is due by **November 25, 2026.** Plaintiff's opposition is due by **December 11, 2026**. Defendant's reply is due by **December 18, 2026**.

Parties' Rule 26(f) report references a potential discovery dispute. (ECF 107 at 9). Parties are directed to meet and confer to resolve and narrow what they can. If they reach an impasse, Defendant should file their motion to compel by **November 13, 2026.** Plaintiff's opposition is due by **November 18, 2026.** There will be no replies.

The Court will hold a status conference in this matter at **11 am on December 15, 2026.** Should parties have discovery disputes that have come to an impasse and are ripe for discussion at the conference, parties are directed to file a joint letter along with a joint chart that explains each parties' position by **December 8, 2026**. Alternatively, if parties seek to file

separate letter motions on discovery instead of a joint letter, each party should file their motion by **December 4, 2026** with opposition due by **December 8, 2026. They are not to include any discovery disputes contained in the November letter briefing, even if they have not yet received a decision on them.**

The Clerk is respectfully directed to close ECF Nos. 79, 81, 82, and 108.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: November 6, 2026
New York, New York

**Ona T. Wang**
United States Magistrate Judge