**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

BRAND ENGAGEMENT NETWORK, INC.,

Plaintiff,

-against-

AFG COMPANIES, INC.,

Defendant.

----------------------------------------------------------------x

25-cv-2245 (CM) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 114 and 115. Plaintiff's motion to modify the protective order is **DENIED** as premature without prejudice to renewal.

Parties are directed to file a joint status letter by **November 18, 2026**, detailing the outcome of their November 12, 2026, meet and confer.

Should either party seek costs in relation to discovery motions, the party is directed to review FRCP 37(a)(5) and then, if they wish to proceed, to do so by filing a motion made under my Individual Practices.

The Clerk is respectfully directed to close ECF 114.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 13, 2026
New York, New York